· MARIA G. BUONOCORE *vs.* RAPHAEL DE FEO.

First Judicial District.
Argued October 9th—decided December 18th, 1903.

ACTION to recover the statutory penalty for neglecting to execute and deliver a release deed of a satisfied mortgage, brought by appeal from a justice of the peace to the Court of Common Pleas in Hartford County and tried to the court, *Coats, J.;* facts found and judgment rendered for the plaintiff, and appeal by the defendant. *No error.*

Opinion filed with the clerk of the Court of Common Pleas in Hartford County.

*Augustine Lonergan* and *William R. Sharton,* for the appellant (defendant).

*Albert C. Bill,* with whom was *Leslie L. Brewer,* for the appellee (plaintiff).

The statute (§ 4048) provides that the holder of a satisfied mortgage who neglects to execute a release deed thereof, within thirty days after a written request and a " tender " of the necessary expense, shall pay a penalty to any person aggrieved. In the present case it appeared that the plaintiff presented a proper release deed to the defendant for his signature, and also offered to pay any expense he might incur in its execution; but that the defendant refused to execute the deed until he had received $5, which he claimed the plaintiff owed him in another matter.

The Supreme Court in an opinion by *Prentice, J.*, held that under these circumstances the plaintiff was relieved from the actual production and proffer of the money, and stood in the same legal position he would have occupied had a precise and formal " tender " in fact been made.  *Reporter*.